IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZECH FARMS TRUCKING, INC., and BRAD ZECH, an individual d/b/a as ZECH FARMS TRUCKING, INC., <br><br>    Plaintiffs and <br>    Counterclaim Defendants, <br><br>vs. <br><br>ABENGOA BIOENERGY OF NEBRASKA, L.L.C., a Nebraska Limited Liability Company, <br><br>    Defendant, Counterclaimant <br>    and Third-party Plaintiff, <br><br>vs. <br><br>BRAD ZECH, an individual, <br><br>    Third-party Defendant. | Case No. 8:11CV51 <br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 56). Being fully advised in the premises, it is hereby ordered:

1. All claims, counterclaims, and third-party claims asserted in this lawsuit are dismissed, with prejudice.

2. Each party shall pay their own costs and attorney fees.

IT IS SO ORDERED.

July 17, 2012

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Court Judge